IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-60318
Summary Calendar
_____

A.D. SUMMERS; HAZEL SUMMERS;
RENEE SUMMERS; ALAN SUMMERS,

                                                                 Plaintiffs-Appellants,

versus

CITY OF RAYMOND, MISSISSIPPI, Etc., ET AL.,

                                                                 Defendants,

CITY OF RAYMOND, MISSISSIPPI, a municipal corporation,

                                                                 Defendant-Appellee.

_____

Appeal from the United States District Court for
the Southern District of Mississippi
(USDC No. 3:99-CV-187-LN)
_____

October 2, 2000

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.

The plaintiffs appeal the district court's summary judgment for the defendant City of Raymond. The plaintiffs claim that the City towed the plaintiffs' cars when they were parked along the street, but did not tow other cars parked along the same street. They argue that this is a violation of their right to equal protection. We agree with the district court, however, that the plaintiffs have not met their burden of showing that other cars that were the subject of complaint were not towed. Therefore, they cannot show that they were treated differently than similarly situated persons, as is required under the Equal Protection Clause. *See Village of Willowbrook v. Olech*, 120 S. Ct. 1073, 1074 (2000).

AFFIRMED.